UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-cv-24824-KMW

JESUS GONZALEZ

    Plaintiff,

v.

UNIKJEWELRY, LLC,
d/b/a UniK Jewelry, and 831 SW, LLC.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE,

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., and this Court's Order [DE 17], hereby gives notice that he voluntarily dismisses this action, with prejudice against Defendant, 831 SW, LLC, and respectfully requests this Court to terminate the action.

Respectfully submitted this February 26, 2024.

    By: */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    Florida Bar No.: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    T: 305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

    *Counsel for Plaintiff*

**Gonzalez v. UniK Jewelry**
**Case No. 23-cv-24824-KMW**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2024, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*